**FILED**

07/13/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0284

IN THE SUPREME COURT OF THE STATE OF MONTANA

NO. DA 21-0284

| | |
|---|---|
| BRIDGET J. KELLY,<br><br>     Appellee\Petitioner,<br>vs.<br><br>JOSEPH S. CAMP III,<br><br>     Appellant/Respondent. | **ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS** |

BASED UPON the Appellant's July 13, 2021 *Unopposed Motion for Extension of Time to Respond to Motion to Dismiss*, and good cause appearing therefore,

IT IS HEREBY ORDERED that the deadline for the Appellant to respond to the Appellee's June 30, 2021 *Motion to Dismiss* is extended to July 23, 2021.

c. P. Mars Scott, Kevin Brown

---

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 13 2021